IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMES L. BELL,**

    *Petitioner*,

v.                                        Case No.: 4:25cv234-MW/ZCB

**RICKY DIXON,**

    *Respondent.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 15, and has also reviewed *de novo* Petitioner's objections, ECF No. 16.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 15, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. Respondent's motion to dismiss, ECF No. 12, is **GRANTED**. The Clerk shall enter judgment stating, "Petitioner's petition for habeas corpus under 28 U.S.C. § 2254 is **DISMISSED with prejudice** as untimely." A certificate of appealability is **DENIED**. The Clerk

shall close the file.

**SO ORDERED on December 30, 2025.**

**s/Mark E. Walker**
**United States District Judge**
